UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 06-14632 JHW

Debtor: Juanita K. Mosley

| Check Number | Creditor | Amount |
|---|---|---|
| 1730558 | Homeq Servicing Corporation | 1482.07 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  May 10, 2011